IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40832
(Summary Calendar)
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAYMOND LAVON BONE,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
(USDC No. 6:94-CR-56-1)
- - - - - - - - - -
April 11, 1996

Before GARWOOD, WIENER and PARKER, Circuit Judges.

PER CURIAM:[*]

The district court did not abuse its discretion by denying appellant Raymond Bone's motion for leave to withdraw his guilty plea. See United States v. Henderson, 72 F.3d 463, 465 (5th Cir. 1995). Neither was there plain error that affected the sentence assessed to Bone. See United States v. Calverley, 37 F.3d 160, 162-64 (5th Cir. 1994) (en banc), cert. denied, 115 S. Ct. 1266 (1995).

JUDGMENT AFFIRMED.

_____

Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.